Terry FOLLMER, Appellant,

v.

Dawn BRACHER, Respondent.

No. ED 75126.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 5, 1999.

Richard J. Eisen, Michelle Spirn, Ziercher & Hocker, P.C., Clayton, for Appellant.

James R. Hanlin, St. Louis, for Respondent.

Before GARY M. GAERTNER, P.J., and PAUL J. SIMON and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Terry Follmer appeals from the judgment of the trial court awarding Dawn Bracher nine thousand three hundred fifty dollars ($9,350) for "back support and necessaries" for the minor child Addison Bracher. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).